**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CASE NO. |
| Plaintiff, | |
| vs. | JUDGE |
| **DENNIS W. MCNAMARA** | **INFORMATION** |
| Defendant. | 18 U.S.C. § 1001(a)(2) |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT ONE**
**(False Statements)**

1. On or about July 12, 2023, in the Southern District of Ohio, the defendant, **DENNIS W. MCNAMARA,** did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the United States government, specifically, **DENNIS W. MCNAMARA** stated to agents of the Federal Bureau of Investigation that he did not inform another individual, Jane Doe Two, about his representation of Jane Doe One in a pending federal investigation. The statement and representation was false because, as **DENNIS W. MCNAMARA** then and there knew, he informed Jane Doe Two that he was the attorney for Jane Doe One.

**In violation of 18 U.S.C. § 1001(a)(2).**

## COUNT TWO
### (False Statements)

2. On or about July 12, 2023, in the Southern District of Ohio, the defendant, **DENNIS W. MCNAMARA,** did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the United States government, specifically, **DENNIS W. MCNAMARA** stated to agents of the Federal Bureau of Investigation that he did not inform another individual, Jane Doe Two, that his client, Jane Doe One, was cooperating with the United States. The statement and representation was false because, as **DENNIS W. MCNAMARA** then and there knew, he informed Jane Doe Two that Jane Doe One was providing information about a pending investigation into a drug trafficking organization to the government.

In violation of 18 U.S.C. § 1001(a)(2).

ERIC G. OLSHAN
UNITED STATES ATTORNEY
WESTERN DISTRICT OF
PENNSYLVANIA

*/s/ Mark Gurzo*

**MARK V. GURZO (Maryland Bar)**
**Special Assistant United States Attorneys**
**Acting Under Authority Conferred by 28 U.S.C. § 515**